# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| **United States of America** | |
| v. | Case No. 25-MJ-1294 |
| **DAWNTE DOOLING** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 3, 2025, in the Western District of New York and elsewhere, the defendant, **DAWNTE DOOLING**, did knowingly and intentionally possess with the intent to distribute a substance and mixture containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

On or about June 3, 2025, in the Western District of New York, the defendant, **DAWNTE DOOLING**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), committed in the manner set forth in the preceding paragraph, the allegations of which are incorporated herein by reference, did knowingly possess a firearm in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS D'ARCY
Special Agent
Federal Bureau of Investigations
*Printed name and title*

Sworn to before me and signed telephonically.

Date: June 3, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

STATE OF NEW YORK    )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO      )

I, **Thomas D'Arcy**, Task Force Officer with the Federal Bureau of Investigation ("FBI"), United States Department of Justice having been duly sworn, states as follows:

1. I am a Deportation Officer with the Department of Homeland Security, Enforcement and Removal Operations. I have been employed by the Department of Homeland Security since October 2008. I am a Task Force Officer (TFO) of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such. I have been a Task Force Officer of the FBI since October of 2022, assigned to the FBI Buffalo International Organized Crime Task Force (BIOCTF), which investigates a variety of narcotics and violent crimes perpetrated by local and transnational organized crime syndicates. I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for racketeering and other crimes associated with organized crime. These investigations are conducted both overtly and covertly. I have participated in numerous organized crime, violent crime, narcotics, financial, and public corruption investigations. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The

facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses.

3. This affidavit is made in support of a criminal complaint of **DAWNTE DOOLING,** as there is probable cause to believe that **DOOLING** has violated Title 18, United States Code, Section 924(c)(1)(A)(i) (possession of a firearm in furtherance of drug trafficking), and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) (possession of a cocaine with intent to distribute), (collectively referred to as the **Target Offenses**).

## PROBABLE CAUSE

4. On June 3, 2025, members of Federal Bureau of Investigation (FBI) and the Drug Enforcement Administration (DEA), executed a search warrant issued by the Honorable H. Kenneth Schroeder Jr. United States Magistrate Judge for the premises of 6 Wildwood Place, Buffalo, NY 14210 (hereinafter, "**Target Residence**"). The search warrant was issued on probable cause that **DOOLING** was involved in the trafficking of controlled substances. The **Target Residence** is less than 1,000 feet from the playground of Cazenovia Park located in South Buffalo. **DOOLING** is known to reside at 6 Wildwood Place.

5. Law enforcement recovered controlled substances and firearms from the **Target Residence** during the execution of the search warrant. Prior to law enforcement entry, **DOOLING** was ordered by law enforcement to exit the residence. **DOOLING** was the only person located in the residence at the time of the search warrant execution. **DOOLING's** girlfriend, who is known to reside in the residence, was not present. Law enforcement located on the couch, a loaded 9mm Springfield Armory XD5 semi-automatic handgun bearing serial number HG914607. Next to the couch, law enforcement recovered a large vacuum-sealed bag of suspected marijuana. In the kitchen of the **Target Residence**, law enforcement recovered

approximately over 100 grams of suspected cocaine in the kitchen cabinet, which field-tested positive for the presence of cocaine. Law enforcement recovered a bag with additional suspected controlled substances, also located in the kitchen cabinet, which field-tested positive for the presence of amphetamine. Thousands of dollars of U.S. currency were recovered from the table in the dining room of the **Target Residence**. Law enforcement also recovered two additional firearms in the closet of a bedroom that was located off of the dining room area. These two firearms, which were 40-caliber, semi-automatic pistols, were privately manufactured, commonly referred to as "ghost guns," and do not bear a serial number. One of these firearms was loaded and the other was unloaded.

6. Based on my training, education, and experience, the previously detailed items seized are indicative of involvement in the distribution of cocaine. Further, based on training and experience, your affiant is aware that traffickers of cocaine commonly possess firearms to protect themselves, their narcotics, and the proceeds from their narcotics sales.

7. Law enforcement arrested **DOOLING** and conducted a post-arrest interview with **DOOLING**. After being administered *Miranda* warnings, **DOOLING** stated to law enforcement, in sum and substance, that he would admit to everything that he did but would not give up anyone else. **DOOLING** admitted that he regularly sold cocaine and other controlled substances. He told law enforcement that law enforcement could expect to find 100 to 200 grams of cocaine in his house. **DOOLING** admitted to possessing the firearms and claimed that he kept them for home defense. **DOOLING** claimed that he received one of the firearms from Kentucky, but would not reveal to law enforcement the details about how he acquired it.

8.      During **DOOLING'**s post-arrest interview, he provided law enforcement consent to search his vehicle, which was parked in the street in the vicinity of **DOOLING's** residence. Upon search of the vehicle, a Subaru Outback, law enforcement recovered several bags of marijuana, a bag of suspected MDMA weighing approximately 61 grams, and a bag of suspected cocaine weighing approximately 53.8 grams.

9.      Based on the above information, your affiant submits there is probable cause to believe that beginning on a date unknown and continuing until June 3, 2025 in the Western District of New York, **DAWNTE DOOLING**, knowingly and intentionally possessed with intent to distribute a controlled substance, cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and that **DOOLING** did knowingly and unlawfully possess firearms in furtherance of drug trafficking crimes in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

*Thomas R. D'Arcy*
THOMAS D'ARCY
TASK FORCE OFFICER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me telephonically,

this 3th day of June, 2025.

HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

4